UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NATHAN E. WILSON )
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:15-CV-610-FL
DALY SEVEN, INC. Doing business as )
The Holiday Inn, RDU )
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion to dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(6).

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 7, 2017, and for the reasons set forth more specifically therein, that defendant's motion to dismiss and for judgment on the pleadings is GRANTED and Plaintiff's claims are DISMISSED against defendant.

**This Judgment Filed and Entered on April 16, 2018, and Copies To:**
Nathan E. Wilson  (via US mail - 1334-H Wicklowe Court, Cary, NC 27511)
Dena Beth Langley/ Kurt A. Seeber (via CM/ECF Notice of Electronic Filing)


April 16, 2018                         PETER A. MOORE, JR., CLERK
                                             /s/ Sandra K. Collins
                                         (By) Sandra K. Collins, Deputy Clerk